```
JASON HONAKER SBN 251170
1860 El Camino Real #238
Burlingame, CA 94010
Telephone: (650) 259-9200
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorney for Debtor
Eva Araujo
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br>Eva Araujo,<br>      Debtor. | ) Chapter 13<br>) Bankruptcy No.: 11-30078<br>)<br>) **DECLARATION OF EVA ARAUJO IN SUPPORT OF**<br>) **STEP PAYMENT PLAN**<br>)<br>) |

**DECLARATION OF EVA ARAUJO IN SUPPORT OF STEP PAYMENT PLAN**

1. I, Eva Araujo, am the debtor herein.

2. I can currently afford to pay $475.00 per month into my Plan.

3. I am currently in the process of attempting to renovate a room in my home for the purpose of renting it.

4. By doing so, I shall to be able to increase my Plan payment within 12 months, to the proposed $600.00.

5. I live relatively near San Francisco State University, where there is demand for rental rooms, and anticipate being able to rent my extra room as soon as it can be sufficiently repaired.

6. These repairs will take some time, because I have very little disposable income, but I intend to rent the room as soon as possible.

Date: February 17, 2011

1

```
                                        /s/    Eva Araujo

                                        Eva Araujo,
                                        Debtor.
```